IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

ARTHUR CARSON,
    PLAINTIFF,

VS.

OFFICER KELLY(FIRST NAME UNKNOWN);
THE DALLAS POLICE DEPARTMENT ET AL.,
    DEFENDANTS.

3-10CV-1523G

COMPLAINT WITH JURY TRIAL DEMANDED

PRELIMINARY STATEMENT:

This is a Civil Rights Action filed by Arthur Carson, for damages, Declaratory and Injunctive Relief Under 42 U.S.C. 1983, 1988, alleging Defendant's Violation of the Equal Protection Clause of the Fourteenth Amendment of the United States Constitution.

JURISDICTION:

1. This Court has jurisdiction over the Plaintiff's claims of Violation of Federal Constitutional Rights Under 42 U.S.C. 1331(a) and 1343.

2. This Court has supplemental jurisdiction over the Plaintiff's State Law tort claims under 28 U.S.C. 1367.

PARTIES:

3. The Plaintiff, Arthur Carson, 1854 El Capitan Dr.148 Dallas,TX.75228, (214-245-8241);

4. Officer Kelly, (first Name Unknown until discovery), Dallas Police Officer, 1401 S. Lamar street Dallas, TX 75215;

(1)

5. The Defendant, Dallas Police Department, 1401 S. Lamar Street, Dallas TX 75215.

STATEMENT OF THE CLAIM:

On June 19, 2010, during the Morning about 10:30- 11:00 A.M. I called 911 to Report an Assault Against me and the breaking of My Windshield by a Female, Evelyn Moore, the estranged Wife Of Ruben Moore, the Person I was Visiting, (3812 Garden LN. Dallas). After maybe ten minutes without A Police, a second call was made.

Officer Kelly eventually arrived, said Officer was hostile to me and three other Witnesses, and did not Want to hear My side of the events and spoke primarily with the Assailant, Evelyn Moore, despite the Fact I was struck in the face with a stick. Dallas Police took No action to the vandalism to My Vehicle or Assault, because I Am an African-American male, the Police Department Custom, Practice or Policy Is to ignore, and fail to enforce the law for African-American men whom are Victimized, specifically By a Female assailant or through domestic Violence.

The Dallas Police department have recklessly disregarded Prior Assault Complaint made against Evelyn Moore by Ruben Moore, where Evelyn Moore was again free to Assault Me and damage My Car.

There exist an Unequal application of the law for African-American Males who Report crimes by Females, where the Dallas Police have ignored the substantial Risk of serious harm posed by Evelyn-Moore, whom have seriously Assaulted Ruben Moore, and Police failed to intervene or Arrest Her.

This Discrimination is due to gender and Race, where the acts or omission of the Dallas Police Department toward African-American Males, are the proximate cause of My Injuries, since State law Has not been enforced, and My complaint ignored by the Defendants.

(2)

WHEREFORE, PREMISES CONSIDERED, PLAINTIFF PRAY FOR DECLARATORY AND INJUNCTIVE RELIEF,COMPENSATORY, PUNITIVE DAMAGES OF $100,000, JURY TRIAL; COST OF COURT; ALL ELSE RELIEF THIS COURT DEEM EQUITABLE AND JUST UNDER LAW.

*(signature)*
Arthur Carson
2606 Highland Rd. 110
Dallas, Tx.75228
(214-245-8241)

VERIFICATION:

I, Arthur Carson, declare the foregoing statements made in this Complaint are true and correct, under The penalties of Perjury ,pursuant to 28 U.S.C. 1746.

Dated this 3rd day of ~~July~~ August, 2010.

*(signature)*
Arthur Carson
Pro se

(3)

# Dallas Police Department Reports

## Offense Record for Public Release

**Incident #:** 0171683-X

| | | |
|---|---|---|
| **UCR CODE:** 14082 | **AS SIGNAL:** 6X | **Offense Date:** 6/19/2010 |
| **OID:** MDT    **TCB:** 13:26:35   **TCE:** 13:52:06 | **DISPATCHED AT:** 11:48 | |
| **BEAT:** 313    **REPORTING AREA:** 2149 | **WATCH:** 2 | |

### COMPLAINANT INFORMATION

**NAME:** CARSON, ARTHUR
**HOME ADDRESS:**
1854 EL CAPITAN
DALLAS TX 75228

**BUSINESS ADDRESS:**

**RACE:** B     **SEX:** M     **AGE:** 56     **DOB:**

### OFFENSE

**OFFENSE DESCRIPTION:** CRIMINAL MISCHIEF

**M/O:** SUSP SMASHED WINDSHIELD OF COMP'S VEHICLE WITH A HAMMER

**OFFENSE LOCATION:** 03812 GARDENLN

**APT:**

**PREMISES:** 501 - HOUSE     **PROPERTY ATTACK CODE:** 501

**INVESTIGATOR ASSIGNED:** 3548

**DATES OF OCCURRENCE:** 2010/6/19  11:15 - 2010/6/19  11:35

**STATUS:** S     **UCR DISP:** P     **SPECIAL REPORT:** F

**FOLLOW UP:** 4     **REVIEWED BY:** 23222     **WEATHER:**

**SR CODE:** 2     **INV. DIV. NOTIFIED:**

**FAMILY VIOLENCE:** N     **GANG ACTIVITY CRIME:** N

Crime classifications are based upon preliminary information supplied to the Dallas Police Department by the reporting parties and the preliminary classifications may be changed at a later date based upon additional investigation. Therefore, the Dallas Police Department does not guarantee (either expressed or implied) the accuracy, completeness, timeliness, or correct sequencing of the information contained herein and the information should not be used for comparison purposes over time. The Dallas Police Department will not be responsible for any error or omission, or for the use of, or the results obtained from the use of this information.

Open Records requests must be made in writing. They may be:

1. Hand-carried to the Records Section, Dallas Police Headquarters, 1400 S. Lamar St., Dallas, Tx. 75215.
2. Faxed to 214-671-4636
3. E-mailed to openrecordunit@dpd.ci.dallas.tx.us
4. Mailed by US Postage to - Dallas Police Open Records, 1400 S. Lamar St., Dallas, Tx. 75215.

# Dallas Police Department Reports

## Offense Record for Public Release

**Incident #:** 0171683-X

**UCR CODE:** 14082  **AS SIGNAL:** 6X  **Offense Date:** 6/19/2010

## OFFICER INFORMATION

**REPORTING OFFICER:** 10015

**OTHER OFFICER:**

## NARRATIVE

SUSP WAS INVOLVED IN AN ALTERCATION ON 06/18/10 AT LISTED LOCATION. ON 06/19/10 THE SUSP RETURNED TO THE LISTED LOCATION TO OBTAIN PERSONAL PROPERTY AND BECAME INVOLVED IN A MUTUAL PHYSICAL CONFRONTATION WITH THEINDIVIDUALS AT THE LOCATION. ROS SPOKE WITH THE COMP WHO STATED THE SUSP BECAME VIOLENT AFTER THE VERBAL ARGUMENT AND PHYSICAL CONFRONTATION, AND PROCEEDED TO HIT THE WINDSHIELD OF HIS VEHICLE WITH AHAMMER, CAUSING DAMAGE. END OF ELEMENTS

## VEHICLE

**YEAR:** 01  **MAKE:** STRN  **MODEL:** SL  **STYLE:** 4D
**COLOR1:** OTH UNK  **COLOR2:** OTH UNK

## PROPERTY

| Status | Quantity | Description | Value |
|---|---|---|---|
| D | 1 | FRONT WINDSHIELD | $200.00 |

Crime classifications are based upon preliminary information supplied to the Dallas Police Department by the reporting parties and the preliminary classifications may be changed at a later date based upon additional investigation. Therefore, the Dallas Police Department does not guarantee (either expressed or implied) the accuracy, completeness, timeliness, or correct sequencing of the information contained herein and the Information should not be used for comparison purposes over time. The Dallas Police Department will not be responsible for any error or omission, or for the use of, or the results obtained from the use of this information.

Open Records requests must be made in writing. They may be:

1. Hand-carried to the Records Section, Dallas Police Headquarters, 1400 S. Lamar St., Dallas, Tx. 75215.
2. Faxed to 214-671-4636
3. E-mailed to openrecordunit@dpd.ci.dallas.tx.us
4. Mailed by US Postage to - Dallas Police Open Records, 1400 S. Lamar St., Dallas, Tx. 75215.

# Low Price Auto Glass

Tel : (214) 421-1575
5301 Second Ave. Dallas, Tx 75210
Fax (214) 421-1561

Name _____ Ph # _____
Address _____ Date _____
City _____ State _____ ZIP _____

| YEAR | MAKE | MODEL | PAYMENT METHOD | LICENCE PLATE # |
|---|---|---|---|---|
| 2002 | Saturn | SL | | |

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 1 | new front windshield installed | 135- |
| | | |
| | | |
| | | |
| | | |

1. By signing this bill I authorize Low Price Auto Glass to do the work on my vehicle and to pay the amount indicated.
2. The shop is not responsible for any damages or theft that happens to my vehicle if I leave it in the shop overnight, plus I have to pay $20 per day as a storage fee.
3. If the vehicle stays in the shop for more than 30 days the shop has the right to impound it, sell it, or own it.

4. Warranty is on labor only, not on parts.
5. No Warranty on used electrical parts.
6. All deposits are not refundable.
7. All claims must be accompanied by this bill. Thanks.

Signature X _____

TOTAL  135-

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
ARTHUR CARSON

## DEFENDANTS
Officer Kelly
Dallas Police Department

(b) County of Residence of First Listed Plaintiff: Dallas
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Dallas
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

RECEIVED AUG - 5 2010 CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS

3-10CV-1523G

(c) Attorney's (Firm Name, Address, and Telephone Number)
Pro Se
2608 Highland Rd. #110, Dallas, TX 75228

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / **Habeas Corpus:** ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☒ 440 Other Civil Rights / ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Title VII; 42 USC 1983, 1985
Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
☒ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) PENDING OR CLOSED:
(See instructions)
JUDGE _____
DOCKET NUMBER _____

DATE 08/03/10
SIGNATURE OF ATTORNEY OF RECORD
Arth Carson

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____



Art Carson
2608 Highland Rd. #110
Dallas, TX 75228

Clerk
United States District Court
Northern District of Texas
1100 Commerce St.
Dallas, TX 75242

RECEIVED
AUG - 5 2010
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS