# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

ARTHUR CARSON
Plaintiff

v.

3-10 CV-1523 G

Officer Kelly; Dallas Police Department
Defendant

## DECLARATION IN SUPPORT OF REQUEST TO PROCEED *IN FORMA PAUPERIS*

I, ARTHUR CARSON, declare, depose, and say that I am the plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or to give security therefor, that I believe I am entitled to relief.

I further declare that the responses which I have made to questions and instructions below are true.

1. Are you presently employed? ☐ Yes  ☑ No

   a. If you answered **YES**, state the amount of your salary or wages per month, and give the name and address of your employer.

   b. If you answered **NO**, state the date of last employment and the amount of the salary and wages per month which you received.

   1988; Do not remember salary

2. Have you received, within the past 12 months, any money from any of the following sources?

   a. Business, profession or form of self-employment?  ☐ Yes  ☑ No
   b. Rent payments, interest or dividends?  ☐ Yes  ☑ No
   c. Pensions, annuities or life insurance payments?  ☐ Yes  ☑ No
   d. Gifts or inheritances?  ☐ Yes  ☑ No
   e. Any other sources?  ☑ Yes  ☐ No

   If you answered **YES** to any of the questions above describe each source of money and state the amount received from each during the past 12 months.

   SSI - $674.00 Monthly

3. Do you own cash, or do you have money in a checking or savings account?

☐ Yes   ☑ No

If you answered **YES**, state the total value of the items owned.

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

☐ Yes   ☑ No

If you answered **YES**, describe the property and state its approximate value.

5. List the persons who are dependent upon you for support; state your relationship to those persons (father, mother, spouse, etc.); and indicate how much you contribute toward their support. List only initials, not full names, of minor children.

**I understand that a false statement or answer to any questions in this affidavit will subject me to penalties for perjury. I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. 1746).**

Date: 8/02/10

_Austin Carson_
Signature of Plaintiff