# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

ORIGINAL

NORTHERN DIST. OF TX
FILED

2010 AUG -5  AM 9: 34

DEPUTY CLERK

ARTHUR CARSON
_____
**Plaintiff**

v.

OFFICER Kelly; DALLAS Police DEPARTMENT
_____
**Defendant**

Civil Action No. **3-10 CV-1523 G**

## MOTION FOR THE APPOINTMENT OF COUNSEL

I request that the Court appoint an attorney to represent me in the matter cited above. In support of this motion I have attached the following:

1. An affidavit relating to my ability to pay costs and fees.

2. Other material, if any.

I have made the following efforts to obtain counsel from legal aid or legal services organizations or individual attorneys without payment of a fee or on a contingent fee basis, and have been unabe to obtain the services of counsel:

| | |
|---|---|
| Date | 08/02/10 |
| Signature | Arthur Carson |
| Print Name | ARTHUR CARSON |
| Address | 2608 Highland Rd. #110 |
| City, State, Zip | DALLAS, Tx. 75228 |
| Telephone | 214-324-8241  OR  214-324-5667 |