IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ARTHUR CARSON,<br>　　　Plaintiff, | § § § | |
| v. | § | 3:10-CV-1523-G (BK) |
| OFFICER KELLY, et al.,<br>　　　Defendants. | § § § | Referred to U.S. Magistrate Judge<br>for Pretrial Management |

### ORDER

On November 3, 2010, the court recommended that this case be dismissed for want of prosecution because Plaintiff had failed to respond to the magistrate judge's supplemental questionnaire filed September 21, 2010. In his objections filed November 23, 2010, Plaintiff states that he did not receive the supplemental questionnaire. He, thus, requests an extension of time to respond.

IT IS ORDERED that the November 3, 2010, findings, conclusions and recommendation (Doc. #10) is **VACATED**, and that Plaintiff is **GRANTED** twenty-one (21) days from the date of this order to respond to the magistrate judge's supplemental questionnaire.

The Clerk will **MAIL** to Plaintiff a second copy of the magistrate judge's supplemental questionnaire filed September 21, 2010 (Doc. #9).

SIGNED November 29, 2010.

RENÉE HARRIS TOLIVER
UNITED STATES MAGISTRATE JUDGE