IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

MAR 2 3 2011

CLERK, U.S. DISTRICT COURT
By _____
Deputy

ARTHUR CARSON,
     PLAINTIFF,

V.

                            CIVIL ACTION NO. 3:-
                            10-CV-1523-G-BK

OFFICER KELLY, ET AL.,
     DEFENDANTS.

PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

Plaintiff, Arthur Carson, moves this Court to enter a default judgment against Defendant Kelly for

$100,000, and states:

1).A default has been entered against defendant Kelly for failure to answer or otherwise defend

In the above-entitled matter.

2).Defendant Kelly is not in the Military service as shown by the attached affidavit.

Dated this 21st day of March,2011.

_Arthur Carson_ .

Arthur Carson
2608 Highland Rd 110
Dallas, TX 75228
Pro se

CERTIFICATE OF SERVICE

I, Arthur Carson, certify that a copy of the forgoing   motion for default judgment  against Officer Kelly,

Is hereby mailed to: Tatia R. Wilson, attorney for the City of Dallas this 21 St day of March,

2011, by placing same in the United States mail, postage prepaid.

   I Swear the foregoing statements are true and correct.

Arthur Carson

(2)

IN THE UNITED STATES DISTRICTCOURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION


ARTHUR CARSON
PLAINTIFF,

V.                                                    CIVIL ACTION NO. 3:10-
                                                           CV-1523-G-BK

OFFICER KELLY, ET AL.,
DEFENDANTS.


STATE OF TEXAS   )
                              ss
COUNTY OF DALLAS )


AFFIDAVIT AS TO MILITARY SERVICE


Arthur Carson, being duly sworn, deposes and says:


1).I am the pro se Plaintiff in the above entitled matter. I make this affidavit pursuant to the requirements

Of the Soldier's and Sailor's Civil Relief Act, 50 U.S.C., Appendix 520.

2).Defendant Kelly, has worked for the Dallas Police Department since June 19, 2010.

3).Based on that fact, the Plaintiff is convinced that Defendant Kelly is not in the Military Service of

The United States.

Arthur Carson
2608 Highland Rd 110
Dallas, TX 75228

VERIFICATION:

I, Arthur Carson, swear the foregoing statements are true and correct to the best of My knowledge,

Arthur Carson

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

ARTHUR CARSON

V.                                              NO.3:10-CV-1523-G

OFFICER KELLY, ET AL.,


STATE OF TEXAS )
                         ss
COUNTY OF DALLAS )

### AFFIDAVIT FOR ENTRY OF DEFAULT

Plaintiff, Arthur Carson, being duly sworn, deposes and says:

1).I am the pro se Plaintiff in the above entitled matter.

2).The Defendant, Officer Kelly, was served with a copy of the summons and complaint as appears

From the proof of service on file.

3).Defendant Kelly has not filed or served an answer or taken other action as may be permitted by law,

Although more than twenty-five days have passed since the date of service.


Dated this 21st day of march, 2011.

_Arthur Carson_ .
Arthur Carson
2608 Highland Rd 110
Dallas TX 75228



I Swear the foregoing statements made herein are true and correct, pursuant to 28 U.S.C. 1746.

_Arthur Carson_ .
Arthur Carson

Art Carson
2608 Highland Rd 110
Dallas, TX 75228

WINSTER TEXAS P.M.D.C.

DALLAS TX 750

PM MAR 2011 6PM FL

3

Clerk,
United States District Court
Northern District of Texas
1100 Commerce St.
Dallas, TX 75242-

RECEIVED
MAR 23 2011
8

75242131052