IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

ARTHUR CARSON,

    **Plaintiff,**

v.                                              Civil Action No. 3:10-CV-1523-G-BK

**OFFICER KELLY, et al.,**

    **Defendants.**

## ORDER

This cause came before the Court on Plaintiff's *Motion for Default Judgment* against Defendant Kelly. (Doc. 28). Plaintiff states that a default was entered against Defendant Kelly when Kelly failed to answer or otherwise defend against Plaintiff's complaint. However, a review of the docket sheet reveals that no default has been entered against Defendant Kelly, and Kelly filed a *Motion to Dismiss* Plaintiff's complaint on March 17, 2011. (Doc. 25). Accordingly, Plaintiff's *Motion for Default Judgment* (Doc. 28) is **DENIED**.

    **SO ORDERED** on March 24, 2011.

_____
RENÉE HARRIS TOLIVER
UNITED STATES MAGISTRATE JUDGE