Case 3:10-cv-01523-G Document 34 Filed 07/22/11 Page 1 of 3 PageID 154

BK

ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL 22 2011
CLERK, U.S. DISTRICT COURT
By _____ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHER DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ARTHUR CARSON<br>PLAINTIFF, | X | |
| VS. | X | CIVIL ACTION NO.<br>3:10-CV-1523-G-BK<br>ECF |
| OFFICER KELLY AND<br>THE CITY OF DALLAS<br>DEFENDANTS. | X | |

## PLAINTIFFS' OBJECTIONS TO THE MAGISTRATE'S REPORT AND FINDINGS

TO THE HONORABLE JUDGE OF SAID COURT:

Comes Now the Plaintiff, Arthur Carson, pursuant to 28 U.S.C. 636, and Rule 72(b)(2), Fed. R. Civ. P., to which Plaintiff objects to the Findings and Report made herein and the lack of disclosure to Plaintiff These findings other than by Electronic means.

1). On July 3rd, 2011, Plaintiff submitted to This Court His request for Extension of Time to file Objections To the Magistrate's Report. Also, Plaintiff asked the Court in His Prayer to provide Him a copy of the Magistrate's finding , Report, because the Electronic filing Plaintiff received of the Court order did-Not contain any details of the Findings, only the dismissal aspect.

Plaintiff is unable to make any meaningful Objections since He has not been privy to the details of This Report. In accordance with The Northern District Court's Local Rules, 77.1(d), the Court should

(1)

Provide copies of the contents of the Magistrate's Report. As Plaintiff made known to the Court, "His Electronic Transmissions of the Magistrate's order did not contain pertinent facts of the Findings and Report made by the Magistrate Judge."

(2). Plaintiff's complaint was sufficient and in accord with Rule 8(a)(1), fed. R. Civ. P., the Magistrate's Findings were premature, since Plaintiff was in essence required to prove His claim at its infant stage.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Pray This Court Over-Rule The Magistrate's Findings and Report. ALTERNATIVELY, The Court Order the Clerk provide Plaintiff copies of The Written findings made, and permit Plaintiff to file Amended Objections after reviewing the written Report, And what all else this Court deem Just under law.

*[signature]*
Arthur Carson
2608 Highland Rd 110
Dallas, TX 75228
214-324-5667


CERTIFICATE OF SERVICE:

I, Arthur Carson, certify that a copy of the Foregoing Objections are hereby mailed to: Tatia R. Wilson, Attorney for Defendant's this 20th day of July, 2011, by placing same in the U.S. Mail, postage prepaid.

I swear the foregoing statements are true and correct.

*[signature]*
Arthur Carson

(2)

Art Carson
2608 Highland Rd. #110
Dallas, TX 75228

RECEIVED
JUL 22 2011
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT

United States District Court
Northern District of Texas
1100 Commerce St.
Dallas, TX 75242