UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ARTHUR CARSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. |
| VS. | ) |
| | ) 3:10-CV-1523-G (BK) |
| OFFICER KELLY, ET AL., | ) |
| | ) |
| Defendants. | ) |

# ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. Plaintiff filed objections, and the district court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the court **ACCEPTS** the findings, conclusions and recommendation of the United States Magistrate Judge.

The City of Dallas's motion to dismiss plaintiff's complaint pursuant to Rule 12(b)(6), (docket entry 21) is **GRANTED**, and Officer Kelly's motion to dismiss plaintiff's complaint pursuant to Rule 12(b)(6) (docket entry 25) is **GRANTED**.

SO ORDERED.

July 29, 2011.

                                        */s/ A. Joe Fish*
                                        **A. JOE FISH**
                                        **Senior United States District Judge**